UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Dominique Divito
                Plaintiff,

v.                                             Case No.: 1:16−cv−11047
                                                        Honorable Edmond E. Chang

Guerrero Howe, LLC, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 26, 2017:

      MINUTE entry before the Honorable Edmond E. Chang: Motion hearing held on the joint motion approval of the settlement agreement [10]. As discussed during the hearing, the joint motion to approve the settlement [10] is granted. Although it is unclear whether court approval is needed for an FLSA claim where Plaintiff is represented and there is no concern of over−reaching, the Court has reviewed the settlement because both sides wish it. On review of the settlement consideration, the Court finds that it is reasonable, in view of the claimed amount, as well as the litigation delay and risk. The case is dismissed without prejudice and with full leave to reinstate via motion filed by 02/13/2017. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. Civil case terminated. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.